UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MIDWEST PROVIDER INSURANCE            )
COMPANY, A Risk Retention Group,      )
                                      )
        Plaintiff(s),                 )
                                      )
    vs.                               )        Case No. 4:09CV1998 JCH
                                      )
SANTONIO MCCOY AND TRINA DIBRILL, )
                                      )
        Defendant(s).                 )


**ORDER**

    This matter is before the Court on Plaintiff's Motion to Stay Proceedings or, in the

Alternative, Motion for Clerk's Entry of Default Judgment, filed February 16, 2010. (Doc. No. 11).

By way of background, Plaintiff Midwest Provider Insurance Company ("MPIC"), a Risk Retention

Group, filed its Complaint for Declaratory Judgment in this matter on December 4, 2009. (Doc. No.

1). In its Complaint, MPIC seeks a declaratory judgment that it has no duty to defend or indemnify

Defendant Santonio McCoy in an underlying lawsuit brought on behalf of Defendant Trina Dibrill in

this district. (Id., PP. 7-8).

    In an Order entered January 27, 2010, United States District Judge Donald J. Stohr dismissed

the underlying lawsuit. (Cause No. 4:09CV764 DJS, Doc. No. 48).[1] On February 16, 2010, MPIC

filed the instant motion, requesting that the Court stay this matter for at least thirty days, pending

both the expiration of the time for filing a notice of appeal of Judge Stohr's Order of Dismissal[2], and

_____

    [1] Judge Stohr dismissed Counts I, II, and VII of Plaintiff Trina Dibrill's Second Amended
Complaint with prejudice, and all remaining counts without prejudice.

    [2] The time for filing a notice of appeal has now expired.

an anticipated refiling of the claims dismissed without prejudice in Missouri state court. Upon consideration, the Court will deny MPIC's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Proceedings (Doc. No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **Friday, March 19, 2010**, within which to show cause why its Complaint in this matter should not be dismissed as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Clerk's Entry of Default Judgment (Doc. No. 11) is **DENIED** without prejudice.

Dated this 10th day of March, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE